Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff
Lori Tabor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lori Tabor,<br><br>    Plaintiff<br><br>vs.<br><br>Andrew M. Saul, Commissioner of Social Security<br><br>    Defendant. | Case No. 5:19-cv-01291-VKD<br><br>[PROPOESD] ORDER ADWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |

Based upon Plaintiff's Motion and the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 2412, 1920 it is hereby ordered that an EAJA attorney's fee of $5,500.7 shall be awarded to Plaintiff. See *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Geri N. Kahn, Esq, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's attorney at the following address: Law Office of Geri N. Kahn, 465 California Street, Suite 607, San Francisco, CA 94104.

Dated:  January 12, 2021

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge